

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2018

No. 04-17-00375-CR

Charles D. **TUTTOILMONDO** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 2246
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **February 28, 2018**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court